UNITED STATES of America, Plaintiff-Appellee,

v.

Cedrick BROWN, Defendant-Appellant.

No. 17-12409
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(January 19, 2018)

David Charles Waterman, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Cedrick Brown, Pro Se

Before WILSON, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Cedrick Brown in this direct criminal appeal, has moved to withdraw from further representation of Mr. Brown and prepared a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the

appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mr. Brown's convictions and total sentence are **AFFIRMED.**[1]

---

1. We acknowledge that Mr. Brown has expressed dissatisfaction with trial counsel's performance in failing to object to certain sentence enhancements. A claim of ineffective assistance of counsel is best reserved for postconviction proceedings rather than direct review, which we undertake in this appeal. *United States v. Tyndale*, 209 F.3d 1292, 1294 (11th Cir. 2000); *see Massaro v. United States*, 538 U.S. 500, 504-05, 123 S.Ct. 1690, 155 L.Ed.2d 714 (2003).